954 A.2d 569

**Sara Zalewski CREE, Petitioner**

v.

**WEST PENN ALLEGHENY HEALTH SYSTEM, INC., Forbes Regional Hospital, Almar Radiologists, Inc., and Maureen M. Bidula, M.D., Respondents.**

Supreme Court of Pennsylvania.

July 15, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of July, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) When a plaintiff has failed to file a timely certificate of merit pursuant to Pa. R.C.P. 1042.3 and files a petition to open a resulting judgment of *non pros* pursuant to Pa.R.C.P. 3051, should a court's scope of inquiry be limited to the facts alleged in the petition to open or should such inquiry extend to expert reports procured for purposes of filing a certificate of merit?